# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158643 & (12)(17)(18)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

PETER UGOCHUKWU EMOKAH,
    Defendant-Appellant.

SC: 158643
COA: 344667
Macomb CC: 2017-003740-FH

_____/

On order of the Court, the motion to dismiss the application for leave to appeal is considered, and it is GRANTED. The application for leave to appeal is DISMISSED with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2019



Clerk

t0319